MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates Series 2006-AR6*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR6,<br><br>Plaintiff,<br><br>v.<br><br>TRAMONTO VILLAGGIO HOMEOWNERS ASSOCIATION; DAISY TRUST; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01897-KJD-GWF<br><br>**STIPULATION TO DISMISS TRAMONTO VILLAGGIO HOMEOWNERS ASSOCIATION** |
| DAISY TRUST<br><br>Counter-Claimant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR6,<br><br>Counter-Defendant. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

49386433;1

Plaintiff and counter-defendant The Bank of New York Mellon fka The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates Series 2006-AR6 (**BoNYM**) and defendant Tramonto Villaggio Homeowners Association (**Tramonto**) stipulate as follows:

1. This matter relates to real property located at 9576 Trattoria Street, Las Vegas, Nevada 89178-8261, APN No. 17621811012, described as:

PARCEL I:

LOT TWELVE (12) OF FINAL MAP OF MOUNTAINS EDGE 116 (A COMMON INTEREST COMMUNITY), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 120, OF PLATS, PAGE 39 IN THE OFFICE OF THE COUNTY RECORDER OR CLARK COUNTY, NEVADA.

PARCEL II:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERRED TO ABOVE AND AS FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR TRAMONTO VILLAGIO RECORDED JANUARY 4, 2005 IN BOOK 20050104 AS DOCUMENT NO. 01524 AS OFFICIAL RECORDS.

(the **property**).

2. BoNYM is the beneficiary of record of a deed of trust encumbering the property recorded with the Clark County Recorder on June 21, 2006, as Instrument No. 20060621-0001036.

3. On September 25, 2012, Alessi & Koenig, LLC recorded a trustee's deed upon sale with the Clark County Recorder, as Instrument No. 201209250000454, reflecting defendant Daisy Trust purchased the property at a foreclosure sale of the property held on September 19, 2012 (the **foreclosure deed**).

4. BoNYM and Tramonto have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

5. Among other things in the settlement agreement, Tramonto agrees it no longer has an interest in the property for purposes of this action *vis a vis* the deed of trust. This disclaimer of interest does not apply to the continuing encumbrance of Tramonto's declaration of covenants, conditions and restrictions, and any governing documents adopted thereunder, easements, servitudes, or other rights and interests in the property as governed by NRS chapter 116. Tramonto further

2

49386433;1

agrees it will take no position in this action or in any subsequent action regarding whether the deed of trust survived Tramonto's foreclosure sale.

6. BoNYM and Tramonto further stipulate and agree that all claims in this matter asserted by BoNYM against Tramonto are dismissed in their entirety with prejudice, with each party to bear its own attorneys' fees and costs.

7. BoNYM and Tramonto request the court enter an order approving this stipulation.

DATED July 9, 2019.

**AKERMAN LLP**

 */s/ Patricia Larsen*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon fka The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates Series 2006-AR6*

**BOYACK ORME & ANTHONY**

 */s/ Christopher B. Anthony*
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 9743
7432 W. Sahara Avenue
Las Vegas, Nevada 89117

*Attorneys for defendant Tramonto Villaggio Homeowners Association*

**IT IS SO ORDERED**.

**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-01897-KJD-GWF

DATED: July 11, 2019

3

49386433;1